United States District Court
Southern District of Texas
**ENTERED**
November 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KATERINE MOLLEJA RODRIGUEZ,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-07811** |
| | § | |
| **MARKWAYNE MULLIN, *et. al.*,** | § | |
| | § | |
| ***Respondents*.** | § | |
| | § | |
| | § | |

## ORDER

Pending before this Court are Petitioner Katerine Molleja Rodriguez's Petition for Writ of Habeas Corpus (ECF No. 1), and Respondents' Motion for Summary Judgment (ECF No. 5). On November 13, 2026, Petitioner Molleja Rodriguez, through counsel, filed an update with the Court indicating that an Immigration Judge had granted her asylum request. ECF No. 8. The Court requires new briefing from Respondents in light of Petitioner's most recent filing. It is hereby **ORDERED** that Respondents shall file a status update regarding Petitioner's detention no later than Thursday, November 19, 2026.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 16th of November, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE